## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

UNITED STATES OF AMERICA                                PLAINTIFF

V.                              **AFFIDAVIT**

MIKHY FARRERA-BROCHEZ                                   DEFENDANT

\* \* \* \* \*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chelsea Holliday, being duly sworn, depose and state that:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been employed by the FBI since May 2018. I am a federal law enforcement officer authorized to investigate violations of federal law, and to apply for and execute warrants issued under the authority of the United States. I am currently assigned to the Louisville Division, Lexington Resident Agency. Before becoming a Special Agent, I was a Deputy Sheriff and investigative Agent for the Brevard County Sheriff's Office in Brevard County, Florida for 5 years. During that time, I investigated numerous violations of state law, wrote and executed dozens of arrest and search warrants, and testified in state court regarding criminal cases. I currently investigate various federal crimes including identity theft.

2. My duties include the investigation of federal crimes that include violations of Title 18, United States Code Section 1028, prohibiting fraud in connection with identification documents.

1

3. I am a federal law enforcement officer as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, and I am authorized by law conduct investigations and make arrests.

4. I make this affidavit based upon personal knowledge derived from my participation in this investigation and upon information communicated or reported to me during the investigation by other participants in the investigation. This affidavit is intended to show only that there is sufficient probable cause to support the complaint for the requested arrest warrant. This affidavit does not set forth all of my knowledge about this matter.

5. This affidavit is being submitted in support of a criminal complaint. The investigation to date indicates that there is probable cause to believe that MIKHY FARRERA-BROCHEZ knowingly possessed with the intent to unlawfully transfer five or more identification documents, and knowingly transferred identification documents knowing that those documents were stolen, all in violation of 18 U.S.C §§ 1028(a)(2–3). The following facts support a finding of probable cause.

## PROBABLE CAUSE

6. In November, 2018, the Federal Bureau of Investigation (FBI) Lexington Resident Agency (RA) received a complaint via the FBI website, from Mikhy Farrera-Brochez (hereafter referred to as "Brochez"). Brochez alleged that his husband, Ler Teck Siang (hereafter referred to as "Siang") married him under false pretenses and conspired with the Government of Singapore to falsely imprison him. Brochez advised that he was forced to confess to crimes he did not commit and while

2

he was imprisoned in Singapore from 2016 to 2018, he was raped and contracted HIV. Brochez's complaint also explained that Siang was somehow involved in a "severe data leak."

7. I contacted Brochez via phone and requested him to come in for an interview. On November 20, 2018, Brochez came to the FBI Lexington RA and Special Agent James Huggins and I conducted an in-person interview with him. Brochez reiterated the allegations from his complaint and advised that his husband, Siang, was part of a burglary in which unknown individuals entered Brochez's apartment in Singapore and stole a "database" containing medical and other identifying information of thousands of patients that belonged to Siang. Siang was a medical doctor and brought the information home to work on. Brochez believed that Siang was somehow involved in the burglary and theft of the information but could not explain how he knew that.

8. Brochez went on to accuse the Government of Singapore of kidnapping, lying, forging documents, falsely imprisoning him, impersonating police officers and allowing Brochez to be raped in prison. Brochez claims that he did not have HIV when he went to prison in Singapore but he contracted it there. Brochez was not able to offer either proof or witnesses to any of the allegations that he made. Agent Huggins and I advised him to contact me if he could provide proof. We explained to him that the FBI could not begin an investigation into a foreign government based solely on his word and that there were likely jurisdictional boundaries as well.

3

9. In January 2019, Brochez began contacting the FBI Lexington RA and me again. He advised that he had important information and that he believed that the Government of Singapore was going to try to kidnap him again. Brochez refused to explain what he wanted from the FBI, appeared to be emotionally distressed and was erratic. Supervisory Special Resident Agent (SSRA) Tylor Hanna and I spoke with Brochez several times but were unable to understand what he was alleging and what he wanted from the FBI.

10. In February 2019, I learned from public reports that the Ministry of Health of the Government of Singapore had informed the Singaporean Parliament that Brochez had possession of a medical database maintained by the National Public Health Unit (NPHU) of Singapore. The database contains personal medical information including a list of over 14,000 persons who tested positive for HIV. The database also contains identifying information including names, addresses, personal identifying numbers, and contact information.

11. Brochez has personally reached out to several media outlets and revealed his possession of the NPHU database. I have reviewed a VICE News article published about Brochez, which includes quotes from him. In those quotes, Brochez admitted to sharing the database with Singaporean and American government officials and with the press. He also offered multiple times to show the database to reporters. According to VICE News, Brochez wants Singaporean authorities to listen to him and is using the threat of publicly releasing the database as leverage. Brochez

texted a VICE News reporter asking "Will it hurt your story if I make some of the data public?" I have attached the article to this affidavit.

12. I have reviewed an email sent to several government officials from an email known to belong to Brochez, mbrochez@gmail.com, on January 22, 2019.[1] The email contained several allegations Brochez had previously made and a request to the Government of Singapore to investigate the crimes that were allegedly committed against him while he lived in Singapore. It also contained several links to documents stored on Google's Drive cloud platform, which Brochez explained were links to the medical database showing individuals in Singapore that were HIV positive.

13. From June 2018 through at least January 2019, while living in the Eastern District of Kentucky, Brochez emailed links to the medical database from his mbrochez@gmail.com address to several news outlets including Alvinology.com (an online lifestyle and news portal), Mothership (a Singaporean news blog), The Strait Times (a Singapore News Media entity), and CNN. He also posted the following statement on his Facebook: "I will continue releasing this evidence until the Lee regime stops the HIV Registry and releases my husband Dr. Ler Teck Siang from the unlawful imprisonment based on false charges."

14. In February 2019, I began calling Brochez but was unable to reach him via phone and his location was unknown. Brochez was living with his mother when

---

[1] Brochez's mother confirmed that the email belongs to Brochez. See ¶ 16 below.

5

he returned from Singapore in 2018 but she had Brochez evicted from her property and charged with trespass.

15. On February 19, 2019, I was finally able to speak with Brochez on the phone. Brochez advised that he would "commit suicide" before he would turn over the database. He also advised me that he emailed the database to several officials to show them that he actually had it. He then explained to me that if I could convince the Government of Singapore to release his husband, Siang, he would turn over the database. But if the Singaporean Government did not release Siang, he would release the database to the public. I requested that Brochez cooperate and come into my office to speak with me. He told me that he believed I was trying to set him up to be arrested by the Government of Singapore and refused to come in and speak with me.

16. On February 21, 2019, I spoke with Brochez's mother, Teresa King (hereafter referred to as "King") over the phone. King advised that her son was mentally ill and she was extremely afraid of him. She also explained that sometime in January, 2019, Brochez emailed her a link from his Google account mbrochez@gmail.com, and the link led to the stolen medical database. Brochez also told King that the link led to the medical database and King immediately deleted the email from her inbox and her trash can because she did not want to be in possession of it. King also explained that Brochez admitted to her that he emailed links to the database to the "Supreme Court in Singapore" and Singaporean "diplomats."

17. On February 21, 2019, I learned of a possible location for Brochez in Jackson, Kentucky. I requested the assistance of the Kentucky State Police (KSP) and they were able to locate and detain Brochez. Brochez was then transferred into the custody of the FBI. SSRA Hanna and I then read Brochez his *Miranda* rights and conducted an audio-recorded interview. During this interview, Brochez admitted to coming into possession of the database in Singapore and then bringing it into the United States. He also explained that he sent the database and parts of the database to numerous individuals including the Supreme Court of Singapore, several individuals within the Government of Singapore, and several media outlets. He admitted to sending the database because he wanted to "clear [his] name and to hopefully get [his] husband off these false charges."

18. There is sufficient evidence to believe that MIKHY FARRERA-BROCHEZ knowingly possessed five or more identification documents with the intent to transfer them. Additionally, there is sufficient evidence to believe that MIKHY FARRERA-BROCHEZ knowingly transferred an identification document knowing that it was stolen.

## CONCLUSION

19. Based upon the above information, there is probable cause to believe that MIKHY FARRERA-BROCHEZ knowingly possessed with the intent to unlawfully transfer five or more identification documents and knowingly transferred

7

identification documents knowing that those documents were stolen, all in violation of 18 U.S.C §§ 1028(a)(2–3).

**Signed remotely per Rule 4.1.**
*See* **Addendum.**

Chelsea Holliday, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this 22nd day of February 2019.

HONORABLE MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE

*Rule 4.1 Addendum*

Per Rule 41(d)(3) and Rule 4.1, the Court processed the complaint remotely. The Court verified the Affiant's identity (through Affiant self-identification and by personal knowledge), with badge # __28002__. Affiant simply attested to the affidavit and application, which the AUSA transmitted by remote electronic means (e-mail). The Court issued the original complaint and transmitted same to the Applicant and the AUSA, by remote electronic means (e-mail). The process complied with Rule 4.1.

_____
Hon. Matthew A. Stinnett
United States Magistrate Judge


Date and Time: __2/22/19   9:54__