UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – INITIAL APPEARANCE

Magistrate Case No. 19-5041-MAS-1    At Lexington    Date February 22, 2019

USA vs Mikhy Farrera-Brochez    X present    X custody    ___ bond    ___ OR    Age ___

DOCKET ENTRY: Defendant appeared for initial appearance and was advised of his constitutional rights. Defendant requests a preliminary hearing. The United States orally moved for pretrial detention. After consultation with counsel, a joint preliminary hearing and detention hearing was set.

PRESENT:  HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Susan Conner | Audio File | none | Dmitriy Slavin |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant    John W. Oakley, II    X present    ___ retained    X appointed

I, Susan Conner, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__5-19-MJ-5041-MAS-1_20190222_145437.

PROCEEDINGS: **INITIAL APPEARANCE**

| | |
|---|---|
| X | Copy of Complaint given to the defendant. |
| X | Defendant states true name is as stated on Complaint. |
| | Defendant advised the Court that he/she will retain counsel. |
| X | Defendant request that the Court appoint counsel. |
| X | Financial Affidavit executed & filed. |
| X | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| X | Ordered John W. Oakley, II is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| X | The United States advised it is fulfilling victim notification duties, as necessary. |
| X | Motion of U.S. for pretrial detention assigned for **Detention Hearing** on February 27, 2019, at 11:00 a.m. |
| X | Assigned for **Preliminary Hearing** on February 27, 2019, at 11:00 a.m. |
| | Defendant released on Own Recognizance and other conditions as set forth in separate order of release. |
| X | Defendant remanded to custody of the USM. |
| X | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |

Signed By:
Matthew A. Stinnett    MAS
United States Magistrate Judge

Copies: COR, USP, USM, D

Initials of Deputy Clerk    stc
TIC: /10