UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Magistrate Case No. 19-5041-MAS-1     At Lexington     Date February 27, 2019

USA vs Mikhy Farrera-Brochez     x present   x custody   __ bond   __ OR   Age __

PRESENT: HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Susan Conner | Audio File | None | Dmitriy Slavin |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant     John W. Oakley, II     x present   __ retained   x appointed

I, Susan Conner, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__5-19-MJ-5041-MAS-1_20190227_111442.

PROCEEDINGS:     **PRELIMINARY HEARING and DETENTION HEARING**

The parties appeared for preliminary hearing as noted. Defendant, after being sworn, competently, knowingly, voluntarily and intelligently waived his right to a preliminary hearing. The Court **FINDS** probable cause to believe that a crime has been committed and that the defendant committed the offenses alleged in the Criminal Complaint. Defendant reserved his right to a detention hearing.

The Court **ORDERS** as follows:

1. The Defendant is held to answer to the within charges pending against him before the United States District Court for the Eastern District of Kentucky.

2. For purposes of docket management, the Court **GRANTS WITHOUT PREJUDICE** the Government's oral motion for detention. If and when Defendant chooses to seek release, he may, by counsel, file a proper motion, and the Court will promptly schedule a detention hearing, where the Court will review the issue of Defendant's pretrial detention *de novo*.

3. The Defendant is remanded to the custody of the U.S. Marshal Service pending further proceedings.



Copies: COR, USP, USM

Initials of Deputy Clerk  stc
TIC:     /03