UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:19-MJ-5041 |
| v. | ) | |
| | ) | |
| MIKHY FARRERA-BROCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The United States filed a Notice of Corrected Affidavit [DE 7], to correct an error in the Affidavit supporting the Complaint filed against Defendant Mikhy Farrera-Brochez. **IT IS ORDERED** that if Defendant would like a preliminary hearing based on the corrected Affidavit, he shall make such a motion by 1:00 p.m. on March 6, 2019.

Entered this 5th day of March, 2019.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge